ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    FAX: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BABAK SALAMAT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ANTONY BLINKEN, Secretary of State, U.S. Department of State, *et al.*, <br><br> Defendants. | C 4:23-cv-00950 DMR <br><br> **STIPULATION TO STAY PROCEEDINGS; ORDER** |

    The parties, through their undersigned attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until July 18, 2023. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

    Plaintiffs filed this mandamus action seeking adjudication of their immigrant visa applications by the United States Department of State ("DOS"). DOS agrees to work diligently towards completing adjudication of Plaintiffs' petitions, absent unforeseen or exceptional circumstances that would require additional time for adjudication.

    Upon receipt of DOS' decision, Plaintiffs agree to voluntarily dismiss this case and, in that event, the parties agree to bear their own attorney's fees and costs. Accordingly, the parties stipulate and

Stip to Stay Proceedings
C 4:23-cv-00950 DMR                        1

request that the proceedings in this case be stayed until July 18, 2023, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution. In accordance with Civil Local Rule 5(h)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: April 13, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

 /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: April 13, 2023

 /s/ Curtis L. Morrison
CURTIS L. MORRISON
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 22, 2023

IT IS SO ORDERED
Judge Donna M. Ryu

HON. DONNA M. RYU
United States Chief Magistrate Judge

Stip to Stay Proceedings
C 4:23-cv-00950 DMR                2